IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MAGALI VEGA, | Civil Action File No. |
| | 4:22-cv-0083-VMC |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP | |
| & REDDY ICE, LLC, | |
| Defendants. | |
| _____/ | |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Planning Report and Scheduling Order form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above-completed form, except as herein modified:

The Parties' request to assign this matter to a six-month discovery track is **GRANTED.**

IT IS SO ORDERED, this 10th day of May, 2022.

_____
Honorable Victoria M. Calvert
United States District Judge